UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: MARK E. SHIPMAN          §   Case No. 09-70134
       AMY L. SHIPMAN           §
                                §
           Debtors              §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/17/2009.

2) The plan was confirmed on 01/22/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 07/09/2010, 06/24/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/02/2009, 08/05/2010, 07/06/2011, 11/04/2011.

5) The case was dismissed on 11/30/2011.

6) Number of months from filing or conversion to last payment: 36.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $44,300.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 68,280.00 |
| Less amount refunded to debtor | $ 7,560.00 |
| **NET RECEIPTS** | $ 60,720.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,300.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 3,711.72 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,011.72 |

Attorney fees paid and disclosed by debtor:     $ 1,474.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GARY L. SHILTS | Lgl | 3,500.00 | 3,774.00 | 3,774.00 | 2,300.00 | 0.00 |
| COUNTRYWIDE HOME LOANS INC | Con | 0.00 | 0.00 | 0.00 | 45,745.37 | 0.00 |
| COUNTRYWIDE HOME LOANS INC | Sec | 19,000.00 | 15,011.46 | 15,011.46 | 8,962.91 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Sec | 0.00 | 3,231.12 | 0.00 | 0.00 | 0.00 |
| APPLIED BNK | Uns | 2,186.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 894.00 | 894.91 | 894.91 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,272.00 | 1,272.72 | 1,272.72 | 0.00 | 0.00 |
| OPHRYS LLC | Uns | 704.00 | 704.72 | 704.72 | 0.00 | 0.00 |
| CIT BANK / DFS | Uns | 1,979.00 | NA | NA | 0.00 | 0.00 |
| CITI - CITGO | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Uns | 4,041.00 | NA | NA | 0.00 | 0.00 |
| CPU / CITI | Uns | 202.00 | NA | NA | 0.00 | 0.00 |
| CREDITONEBNK | Uns | 1,344.00 | NA | NA | 0.00 | 0.00 |
| EQUIANT FNCL | Uns | 2,861.00 | NA | NA | 0.00 | 0.00 |
| FAS ADJ BUR | Uns | 1,083.00 | NA | NA | 0.00 | 0.00 |
| FLEET CC | Uns | 1,591.00 | NA | NA | 0.00 | 0.00 |
| FST PREMIER | Uns | 383.00 | NA | NA | 0.00 | 0.00 |
| FST PREMIER | Uns | 342.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EAST BAY FUNDING | Uns | 424.00 | 424.41 | 424.41 | 0.00 | 0.00 |
| GEMB / JCP | Uns | 567.00 | NA | NA | 0.00 | 0.00 |
| GE CONSUMER FINANCE | Uns | 4,288.00 | 4,288.94 | 4,288.94 | 0.00 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Uns | 3,171.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 3,318.00 | 6,899.70 | 6,899.70 | 0.00 | 0.00 |
| ILL STDNT AS | Uns | 1,998.00 | NA | NA | 0.00 | 0.00 |
| ILL STDNT AS | Uns | 865.00 | NA | NA | 0.00 | 0.00 |
| ILL STDNT AS | Uns | 691.00 | NA | NA | 0.00 | 0.00 |
| JEFFCAPSYS | Uns | 894.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 517.00 | 517.93 | 517.93 | 0.00 | 0.00 |
| KCA FINL | Uns | 2,845.00 | NA | NA | 0.00 | 0.00 |
| KCA FINL | Uns | 1,376.00 | NA | NA | 0.00 | 0.00 |
| KCA FINL | Uns | 729.00 | NA | NA | 0.00 | 0.00 |
| KCA FINL | Uns | 234.00 | NA | NA | 0.00 | 0.00 |
| KCA FINL | Uns | 61.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 304.00 | 304.66 | 304.66 | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 3,087.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 1,381.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 916.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 901.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 599.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,202.00 | 1,202.03 | 1,202.03 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 4,589.83 | 4,589.83 | 0.00 | 0.00 |
| SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SM SERVICING | Uns | 2,145.00 | NA | NA | 0.00 | 0.00 |
| SM SERVICING | Uns | 1,325.00 | NA | NA | 0.00 | 0.00 |
| SM SERVICING | Uns | 568.00 | NA | NA | 0.00 | 0.00 |
| SM SERVICING | Uns | 445.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,300.00 | 1,392.75 | 1,392.75 | 0.00 | 0.00 |
| THE BUREAUS | Uns | 2,047.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 642.00 | 642.37 | 642.37 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 149.09 | 149.09 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LP | Uns | 0.00 | 1,979.35 | 1,979.35 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 1,749.27 | 1,749.27 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 603.92 | 603.92 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 3,110.65 | 3,110.65 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 908.16 | 908.16 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 923.61 | 923.61 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 45,745.37 | $ 0.00 |
| Mortgage Arrearage | $ 15,011.46 | $ 8,962.91 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 15,011.46 | $ 54,708.28 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 32,559.02 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 6,011.72 |
| Disbursements to Creditors | $ 54,708.28 |
| **TOTAL DISBURSEMENTS:** | $ 60,720.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  03/15/2012              By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)